

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of M.K. and O.K., Children

No. 06-24-00060-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23C0495-CCL). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 9, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk